FILED
2015 MAY -7 PM 1:54
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ETIENNE YIM,<br><br>    Defendant. | CR No. CR 15 00249<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 4: Misprision of a Felony] |

The United States Attorney charges:

[18 U.S.C. § 4]

On or about February 16, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant ETIENNE YIM, having knowledge of the actual commission of a felony cognizable by a court of the United States, namely, extortion affecting interstate commerce by nonviolent threat, in violation of Title 18, United States Code, Section 1951(a), concealed the same by failing to report

//
//
//

the crime to law enforcement, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RUTH PINKEL
Assistant United States Attorney
Chief, General Crimes Section

CAMERON SCHROEDER
Assistant United States Attorney
Deputy Chief, Complaints Section

VANESSA BAEHR-JONES
Assistant United States Attorney
Complaints Section