
Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number: **CR 15 00249**
U.S.A. v. ETIENNE YIM

- [ ] Indictment
- [x] Information

Defendant Number: 1
Year of Birth: 1992
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [x] Felony

b. Date of Offense: 2/16/2015

c. County in which first offense occurred: Los Angeles County

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [x] Los Angeles
- [ ] Ventura
- [ ] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other

Citation of Offense: 18 U.SC. § 4 (Misprision of a Felony)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [ ] No
- [x] Yes

IF YES Case Number: CR 15-0131-JFW

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number:
Charging:

The complaint:
- [ ] is still pending
- [ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?
- [ ] No
- [x] Yes

IF YES, provide, Name: John Lemon
Phone Number: (619) 871-9715

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*
- [x] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [x] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**
- [ ] Yes
- [x] No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number:
The superseded case:
- [ ] is still pending before Judge/Magistrate Judge
- [ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
- [ ] Yes*
- [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [ ] No

FILED 2015 MAY -7 PM 1:53

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**
☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s)   N/A

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:
☐ financial institution fraud      ☐ public corruption
☐ government fraud                  ☐ tax offenses
☐ environmental issues              ☐ mail/wire fraud
☐ narcotics offenses                ☐ immigration offenses
☐ violent crimes/firearms           ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
 a. Date and time of arrest on complaint: _____
 b. Posted bond at complaint level on: _____
   in the amount of $ _____
 c. PSA supervision?   ☐ Yes   ☐ No
 d. Is on bail or release from another district: _____

Defendant is **in** custody:
 a. Place of incarceration:   ☐ State   ☐ Federal
 b. Name of Institution: _____
 c. If Federal: U.S. Marshal's Registration Number: _____
 d. ☐ Solely on this charge. Date and time of arrest: _____
 e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
 f. Awaiting trial on other charges::   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
 Date transferred to federal custody: _____
 This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   May 7, 2015

Signature of Assistant U.S. Attorney
VANESSA BAEHR-JONES
Print Name

CR-72 (06/14)   CASE SUMMARY   Page 2 of 2