UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:15-CR-00249     Recorder: Pat Cuneo     Date: 05/08/2015

Present: The Honorable Victor B. Kenton, U.S. Magistrate Judge

Court Clerk: Terry R. Baker     Assistant U.S. Attorney: Julian Andre

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ETIENNE YIM<br>    BOND-PRESENT | JOHN LEMON<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Stephen V. Wilson.
The parties are directed to appear before District Judge Percy Anderson as soon as possible for the taking of the plea, and the setting of dates for all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB

| CR-85 (09/12) | CRIMINAL MINUTES - ARRAIGNMENT | Page 1 of 1 |
|---|---|---|