# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States Of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | LACR15-249-SVW |
| v. | |
| Etienne Yim | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Criminal Cases) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

5/8/2015                           [signature]
_____                        _____
Date                               United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____
_____
_____

_____                        _____
Date                               United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  LACR15-131-JFW  and the present case:

[X] A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

[ ] B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials   JFW   after the case number in place of the initials of the prior judge, so that the case number will read   15-249-JFW  .
This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

cc: [ ] PSALA  [ ] PSAED  [ ] USMLA  [ ] USMSA  [ ] USMED  [ ] Previous Judge  [ ] Statistics Clerk

CR-59 (06/14)            ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Criminal Case)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ETIENNE YIM,<br><br>　　　　　Defendant. | Case No. CR 15-00249<br><br>NOTICE TO COURT<br>OF RELATED CRIMINAL CASE<br><br>(PURSUANT TO<br>GENERAL ORDER 224) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Teofil Brank,</u> Case <u>　CR No.　15-0131-JFW　</u>, which:

___ was previously assigned to the Honorable _____;

___ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

_X_ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

___ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

<u>Additional explanation (if any)</u>:

DATED: May 7, 2015

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　VANESSA BAEHR-JONES
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

(NOTICE.FRM - 6/98)