STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849
     Facsimile: (213) 894-0141
     E-mail:    eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>ETIENNE YIM,<br><br>           Defendant. | No. CR 15-249-JFW<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING DISCLOSURE OF SEALED CHANGE OF PLEA PROCEEDINGS |
|---|---|

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Eddie A. Jauregui, hereby

//
//
//
//
//
//
//

lodges the attached Proposed Order Regarding Disclosure of Sealed Change of Plea Proceedings.

Dated: June 26, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
EDDIE A. JAUREGUI
Assistant United States Attorney
UNITED STATES OF AMERICA