```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849
     Facsimile: (213) 894-0141
     E-mail:    eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-249-JFW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING DISCLOSURE OF SEALED CHANGE OF PLEA PROCEEDINGS |
| v. | |
| ETIENNE YIM, | |
| Defendant. | |

In order to permit the government to fulfill its discovery obligations in <u>United States v. Teofil Brank</u>, 15-131(A)-JFW, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record in <u>United States v. Brank</u> with a copy of the otherwise sealed transcript of the change of plea proceedings in <u>United States v. Etienne Yim</u>, 15-249-JFW, which were conducted by the Honorable Percy Anderson, United States District Judge, on May 8, 2015.

IT IS FURTHER ORDERED that defense counsel shall not disclose such transcript to any other person or persons, except as necessary

1  in preparation of the defense, without prior authorization from this
2  Court, and the copy of the transcript shall be returned to the
3  government at the conclusion of the proceedings in United States v.
4  Teofil Brank, 15-131(A)-JFW.
5
6          IT IS SO ORDERED.
7
8     June 29, 2015                    _____
9  DATE                                HONORABLE JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE
10
   Presented by:
11

12
   /s/_____
13 EDDIE A. JAUREGUI
   Assistant United States Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2