# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Eddie Jauregui | 2. PHONE NUMBER: (213) 894-6283 | 3. DATE: 6/30/2015 |
| 4. FIRM NAME: U.S. Attorney's Office, CDCA | 5. E-MAIL ADDRESS: nicole.piccolini@usdoj.gov | |
| 6. MAILING ADDRESS: 312 N. Spring Street, Suite 1702 | 7. CITY: Los Angeles | 8. STATE: CA    9. ZIP CODE: 90012 |
| 10. CASE NUMBER: CR 15-249 | 11. CASE NAME: U.S. v. Etienne Yim | 12. JUDGE: JFW |
| 13. APPEAL CASE NUMBER: | 14. ORDER FOR: ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☑ AUSA  ☐ FPD  ☐ OTHER | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 5/8/2015 | Chai Mei Jui | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): 5/8/2015 |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: Jun   Day: 30   Year: 2015
Transcript payment arrangements were made with: Chai Mei Jui

17. DATE: 6/30/2015

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month: Jun   Day: 30   Year: 2015

18. SIGNATURE: /s/ Nicole Piccolini

G-120 (09/12)