EILEEN M. DECKER
United States Attorney
EDDIE A. JAUREGUI (Cal. State Bar. No. 297986)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California  90012
(213) 894-4849

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 15-249-JFW |
| v. | |
| ETIENNE YIM | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Govt's Ex Parte Application and [Proposed] Order to Seal Document [Under Seal]; Stipulation  & [Proposed] Order Under Seal

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐    Other

**Reason:**

☐    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☑    Manual Filing required (*reason*):
     Per Ex Parte Application

| July 2, 2015 | /s/  EDDIE A. JAUREGUI |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                       **NOTICE OF MANUAL FILING**