PROB 12
(Rev. 11/04)

FILED
CLERK, U.S. DISTRICT COURT
March 29, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____jloz___ DEPUTY

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Etienne Yim                                    Docket No.:   CR15-00249-JFW

### Petition on Probation and Supervised Release (Amendment)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Etienne Yim</u> who was placed on supervision by the Honorable <u>JOHN F. WALTER</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>31st</u> day of <u>Los Angeles</u>, <u>2015</u> who fixed the period of supervision at <u>1 years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Amend to correct allegation(s):

1. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before October 4, 2015, Etienne Yim used marijuana as evidenced by the offender's written admission of use of that substance.

**PRAYING THAT THE COURT WILL ORDER** this amendment filed.

ORDER OF COURT

Considered and ordered this <u>29th</u> day of <u>March</u>, 20<u>16</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE JOHN F. WALTER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on March 28, 2016

   /S/
_____
GREGORY METOYER
U. S. Probation Officer

Place: <u>Long Beach, California</u>