UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.    **CR 15-249-JFW**                                    Dated: March 29, 2016

==============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Vanessa Baehr-Jones |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

==============================================================================
U.S.A. vs (Dfts listed below)                     Attorneys for Defendants

1)   Etienne Yim                              1)   John Lemon
     present on bond                               present  retained

PROCEEDINGS:     **REVOCATION OF PROBATION AND SENTENCING**

Case called.  Defendant on bond is present with counsel.  Also present is Vanessa Baehr-Jones, AUSA and Erica Jackson, U.S. Probation Officer.

Defendant is sworn.

Defendant and his counsel advise that they have received and read the Petition on Probation and Supervised Release filed on February 29, 2016 and the amendment to Allegation Number 1 on March 29, 2016 ("Petition").  The defendant admits Allegation Number 1 of the Petition filed on March 29, 2016 and Allegation Number 2 of the Petition on Probation and Supervised Release filed on February 29, 2016.  The Court questions Defendant regarding his admissions.  The Court finds that the Defendant admits the allegations freely and voluntarily and with a full understanding of the consequences of those admissions.

The Court hears from Defendant, his counsel, government counsel and U.S. Probation Officer before imposition of sentence.

Based on the Defendant's admission of the Allegations of the Petition, the Court finds the Defendant in violation of the terms and conditions of probation and the Court orders the Defendant's probation, revoked, vacated and set aside.  (See separate *Judgment and Commitment Order re Violation of Probation.*)

Defendant is advised of right to appeal.


cc: USPO, USM, BOP

Initials of Deputy Clerk  _sr
                                                                          0/25