UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Etienne Yim,<br><br>　　　　Defendants. | Case No. **CR 15-249-JFW**<br><br>**JUDGMENT AND PROBATION/COMMITMENT ORDER RE: VIOLATION OF PROBATION** |

WHEREAS, on March 29, 2016, the attorney for the government, the defendant Etienne Yim and his retained counsel, John Lemon, appeared before the Court; and the defendant admitted to amended Allegation Number 1 of the Petition filed on March 29, 2016 and Allegation Number 2 of the Petition on Probation and Supervised Release filed on February 29, 2016.

WHEREAS, on March 29, 2016, the attorney for the government, the defendant Etienne Yim and his counsel, John Lemon and the probation officer, appeared before the Court and the Court having asked the Defendant why judgment should not be pronounced and no cause to the contrary appearing to the Court:

IT IS HEREBY ORDERED that the defendant's probation be revoked, vacated, and set aside:

IT IS ADJUDGED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 4 months with no supervised release to follow.

It is further ordered that the defendant shall self report on or before 12 noon, on April 1, 2016 to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California or to the United States Marshal located in the Southern District of California in San Diego.

It is further ordered that the defendant shall pay to the United States the previously unpaid special assessment of $100, which is due immediately to the Clerk of Court.

Bond will be exonerated upon verification upon self reporting to the United States Marshals.

Defendant is informed of his right to appeal.

Dated: March 29, 2016

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

*It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.*

KIRY GRAY, CLERK OF COURT

by:   Shannon Reilly
         Deputy Clerk

(Rev. 1/28/08)                                    2