# UNITED STATES DISTRICT COURT

Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600
Fax: (619) 702-9900



John Morrill,
Clerk of Court

March 22, 2016

Clerk, U.S. District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Re: USA v. Etienne Yim , Case No. 3:16-mj-00761-NLS

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the defendant(s) Etienne Yim : Certified copy of transfer order, Certified Docket Sheet, Out of District Complaint (copy), OTHER: P/S Bond .

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ F. T. Hernandez, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF  3-28-16
AND ASSIGNED CASE NUMBER  CR 15-249 JFW

CLERK, U.S. DISTRICT COURT

By: S Butler , Deputy

*Rule 5 documents*

FILED
MAR 17 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ETIENNE YIM,<br><br>Defendant. | Magistrate Case No. 16MJ0761<br><br>ORDER OF REMOVAL<br>(Defendant Not In Custody) |

A warrant for arrest was issued in the Central District of California, charging defendant **ETIENNE YIM** with violating probation, in violation of Title 18, United States Code, Section 3565. Defendant **ETIENNE YIM** appeared before the court, pursuant to the out of district complaint filed in the above captioned case. Defendant **ETIENNE YIM** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **ETIENNE YIM**, appear before the Duty United States Magistrate Judge, in the Central District of California, Edward R. Roybal United States Courthouse, 255 East Temple Street, Courtroom 341, Los Angeles, California 90012, on Tuesday, March 29, 2016 at 2:00 p.m., for further proceedings.

DATED: 3-17-16

NITA L. STORMES
United States Magistrate Judge
Southern District of California

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:16-mj-00761-NLS All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Yim | Date Filed: 03/14/2016 |
| | Date Terminated: 03/17/2016 |

Assigned to: Magistrate Judge Nita L. Stormes

### Defendant (1)

**Etienne Yim**  
*TERMINATED: 03/17/2016*

represented by **John C Lemon**  
Law Office of John C Lemon  
1350 Columbia Street  
Suite 600  
San Diego, CA 92101  
(619)794-0423  
Fax: (619)652-9964  
Email: john@jcl-lawoffice.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| 18:3565 - Federal Probation Violation | |

### Plaintiff

| | | |
|---|---|---|
| USA | | represented by **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2016 | | Arrest of Etienne Yim (no document attached) (yeb) (Entered: 03/14/2016) |
| 03/14/2016 | 1 | OUT OF DISTRICT COMPLAINT as to Etienne Yim. (yeb) (Entered: 03/14/2016) |
| 03/14/2016 | 2 | Set/Reset Duty Hearings as to Etienne Yim: Initial Appearance - ODC set for 3/15/2016 before Magistrate Judge Nita L. Stormes. (no document attached) (lao) (Entered: 03/14/2016) |
| 03/15/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Initial Appearance - Out of District Complaint as to Etienne Yim held on 3/15/2016. Attorney John C Lemon retained as counsel for Etienne Yim. Bond set as to Etienne Yim (1) $25,000 P/S with 2 signatures. Status Hearing set for 3/17/2016 10:00 AM before Magistrate Judge Nita L. Stormes. Removal/ID Hearing set for 3/24/2016 09:30 AM before Magistrate Judge Nita L. Stormes. (CD# 3/15/2016 NLS 16:2:51-2:59). (Plaintiff Attorney Ben Bish, AUSA). (Defendant Attorney John Lemon, RET). (no document attached) (lao) (Entered: 03/15/2016) |
| 03/15/2016 | 4 | ***English. No Interpreter needed as to Etienne Yim (no document attached) (lao) (Entered: 03/15/2016) |
| 03/15/2016 | 5 | ORDER Setting Conditions of Release. Bond set for Etienne Yim (1) $25,000 P/S with 2 FRA signatures. Signed by Magistrate Judge Nita L. Stormes on 03/15/2016. (yeb) (Entered: 03/16/2016) |
| 03/17/2016 | 6 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Status Hearing re Bond Modification as to Etienne Yim held on 3/17/2016. Defendants request to modify his conditions of release granted. Court modifies defendants conditions of release to require a $22,000 financial requirement secured by one (1) signature. Court also imposes drug testing (not to exceed eight (8) times per month). All other previously imposed conditions of release remain the same and in full effect. (CD# 3/17/2016 NLS16-10:40 to 10:47). (Plaintiff Attorney Ben |

| | | |
|---|---|---|
| | | Bish, AUSA). (Defendant Attorney John C. Lemon, CJA). (no document attached) (gep) (Entered: 03/18/2016) |
| 03/17/2016 | 9 | AMENDED ORDER Setting Conditions of Release. Bond set for Etienne Yim (1) $22,000 financial requirement secured by one (1) signature. Signed by Magistrate Judge Nita L. Stormes on 3/17/2016. (fth) (Entered: 03/22/2016) |
| 03/17/2016 | 10 | WAIVER of Rule 5 & 5.1 Hearings by Etienne Yim (fth) (Entered: 03/22/2016) |
| 03/17/2016 | 11 | ORDER OF REMOVAL to District of Central District of California as to Etienne Yim. Signed by Magistrate Judge Nita L. Stormes on 3/17/2016. (fth) (Entered: 03/22/2016) |
| 03/17/2016 | 12 | Case removed to District of *Central District of California*, as to Etienne Yim. Sent certified copy of transfer order.*312 North Spring Street**Los Angeles, CA 90012-4701* as to *Etienne Yim*, as to Etienne Yim. Sent certified copy of transfer order *, Certified Docket Sheet, Out of District Complaint (copy), OTHER: P/S Bond*.. (fth) (Entered: 03/22/2016) |
| 03/18/2016 | 8 | ABSTRACT OF ORDER Releasing Etienne Yim re 7 Bond. (fth) (Entered: 03/21/2016) |
| 03/21/2016 | 7 | P/S Bond Filed as to Etienne Yim in amount of $ 22,000.00, Signed by Magistrate Judge Nita L. Stormes on 3/21/2016. (Document applicable to USA, Etienne Yim.) (fth) (Entered: 03/21/2016) |

I hereby attest and certify on ___3/22/16___
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 1 4 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '16MJ0761

The person charged as **Etienne YIM** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **Central District** of **California** with: **Title 18 U.S.C § 3565 Federal Probation Violation**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 3/14/2016

_____ (signature)

_____Vincent Dilay_____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: March 14th, 2016

_____ (signature)

_____BENJAMIN A. BISH_____ (print)
Assistant United States Attorney



RECEIVED
U.S. M...
SANT...

2016 MAR -1 PM 12: 57

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | CR15-00249-JFW |
| vs | |
| Etienne Yim | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Etienne Yim and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☒ Violation Petition

☒ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3565

| Kiry K. Gray | | |
| --- | --- | --- |
| NAME OF ISSUING OFFICER | | 2/29/16 - Los Angeles, CA |
| Clerk of Court | | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | | |
| [signature] | | By: John F. Walter |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| --- | --- |
| DATE OF ARREST | TITLE |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

G-04 (10/15)     **WARRANT FOR ARREST**

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
February 29, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: jloz DEPUTY

U.S.A. VS. Etienne Yim

Docket No.: CR15-00249-JFW

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Etienne Yim who was placed on supervision by the Honorable JOHN F. WALTER sitting in the Court at Los Angeles, California, on the 31st day of August, 2015, who fixed the period of supervision at 1 year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Etienne Yim before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 29th day of Feb, 2016 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE JOHN F. WALTER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on February 26, 2016

/S/ GREGORY J. METOYER
Supervising U. S. Probation Officer

Place: Long Beach, California

U.S.A. VS Etienne Yim
Docket No CR15-00249-JFW

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before October 4, 2015, Etienne Yim used marijuana as evidenced by laboratory analysis of his urine sample; and

2. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before October 19, December 7, 2015, and February 8, 2016, Etienne Yim used cocaine as evidenced by laboratory analysis of his urine samples.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# THIS DOCUMENT CONTAINS NON-PUBLIC INFORMATION PURSUANT TO THE E-GOVERNMENT ACT OF 2002 AND IS RESTRICTED FROM PUBLIC VIEWING